UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:02-cr-00140(1) |
| Plaintiff, | : | Senior Judge S. Arthur Spiegel |
| | : | |
| vs. | : | **ORDER** |
| | : | |
| ROGER TATE | : | |
| Defendant, | | |

    Pursuant to June 10, 2005 Order of the United States Court of Appeals for the Sixth Circuit, which vacated and remanded this case for a new determination of Defendant's term of imprisonment and supervised release, the Court hereby ORDERS the Defendant, Roger Tate, to complete the enclosed Financial Affidavit (CJA 23), within thirty (30) days of receipt of this Order.  This information is required for the Court to determine Defendant's eligibility for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

    The Clerk is hereby directed to send a copy of this Order to the Probation Office for the United States District Court for the District of Maryland, Baltimore Division.

    SO ORDERED.

Date: June 21, 2005        s/S. Arthur Spiegel
                                      S. Arthur Spiegel
                                      United States Senior District Judge