**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:02-CR-140(1)
Doc. 68 6/21/05

Sent To: ROGER TATE
Street, Apt. No.; or PO Box No.: 2207 POPLAR GROVE
City, State, ZIP+4: BALTIMORE, MD 21216

PS Form 3800, April 2002     See Reverse for Instructions