UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3498

Filed: July 5, 2005

UNITED STATES OF AMERICA

    Plaintiff - Appellee

1:02cr140

v.

ROGER TATE

    Defendant - Appellant

### MANDATE

Pursuant to the court's disposition that was filed 6/10/05 the mandate for this case hereby issues today.

A True Copy.

Attest:

No costs taxed

Filing Fee ..........$
Printing ............$

    Total ........$

_____
Deputy Clerk