UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:02-cr-00140(1) |
| Plaintiff, | : | Senior Judge S. Arthur Spiegel |
| | : | |
| vs. | : | **ORDER** |
| | : | |
| ROGER TATE | : | |
| Defendant, | | |

Upon the consent of counsel for the United States, and for good cause shown, Defendant's Motion to Continue Sentencing (doc. 73) is hereby GRANTED. Defendant's Re-Sentencing Hearing currently scheduled for February 1, 2006 at 11:00 am is hereby VACATED and RESCHEDULED to March 8, 2006 at 10:00 am.

SO ORDERED.

Date: January 31, 2006        s/S. Arthur Spiegel
                              S. Arthur Spiegel
                              United States Senior District Judge