AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

Case Number:  1:02-cr-00140(1)

V.

ROGER TATE

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the RE-SENTENCING ON REMAND FROM COFA in this case has been **RESET from 2/1/06** to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom 842 |
| | DATE AND TIME |
| | MARCH 8, 2006 at 10:00 AM |

SPECIAL INSTRUCTIONS:

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Amul Thapar, Esq., AUSA    W. Kelly Johnson, Esq.    USMS    Probation    Pretrial Services