IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                                  Case Number: 1:02-CR-00140(1)

ROGER TATE

CRIMINAL MINUTES: RE-SENTENCING ON REMAND FROM COFA

Counsel present. Defendant WAIVED his appearance. Upon agreement of parties, and the approval of the Court, the Defendant will be re-sentenced *in absentia*.

Sentenced to:

Jail term of TIME SERVED (previously served sentence of 30 months)

2 Years Supervised Release

Conditions:
(1) Defendant shall undergo a chemical dependency assessment and comply with any recommended treatment.
(2) Defendant is not permitted to make any purchases on existing lines of credit or open any new lines of credit until his restitution is paid in full.
(3) Defendant must disclose all financial information requested by the Probation Officer, and must comply with tax authorities file all tax returns by April 15, 2003.

Assessment: $100 (if not previously paid)    Fine: N/A    Restitution: $4,748.00* (Amount reduced by COFA)

Interest shall not accrue on any unpaid restitution balance

Judge:                S. Arthur Spiegel

Courtroom Deputy:    Kevin Moser

Court Reporter:       Jennifer Coats (Ace/Merit Reporting)

Date:                 March 8, 2006