| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:02CR00140 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Roger Damon Tate 2207 Poplar Grove Baltimore, MD 21216 | DISTRICT Southern District of Ohio | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable S. Arthur Spiegel United States Senior District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM April 8, 2005 | TO April 7, 2007 |

OFFENSE
Possession of Countrfeit Security, in violation of 18 U.S.C. § 513(a)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Maryland upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_April 18 '06_
Date

_[signature]_
United States Senior District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5/4/6_
Effective Date

_[signature]_
United States District Judge