United States District Court
Southern District of Ohio, Western Division
706 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

May 15, 2006

CLERK, U.S. DISTRICT COURT
101 W. Lombard Street
Baltimore, MD 21201

Re: *USA v. Roger Damon Tate* Your Case# ?

Dear Clerk:

Enclosed please find the Order Transferring Jurisdiction signed by Judge S. Arthur Spiegel for the above listed defendant. Also enclosed are the certified copies of the indictment, judgment, transfer form, and docket sheet.

If you have any questions, please do not hesitate to call. I can be reached at 513-564-7650.

Please acknowledge receipt below and return a copy of this letter to the above address.

Sincerely,

JAMES BONINI, Clerk
Southern District of Ohio, Cincinnati

s/Arthur Hill
Arthur Hill, Courtroom Deputy
(513) 564-7652

Attachments 02cr140

\*\*\*  \*\*\*\*  \*\*\*

Date: 5/17/06    Your Case No: 06-0224    Clerk: H. Lee