IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROGER TATE, SR., : | |
| : | |
| Petitioner : | |
| : | Case No. 1:02-cr-00140(1) |
| v. : | Civil No. 1:06-cv-00806 |
| : | |
| UNITED STATES OF AMERICA, : | District Judge S. Arthur Spiegel |
| : | |
| Respondent : | |

**ORDER**

This matter is before the Court pursuant to Petitioner's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

It is ORDERED that the Clerk serve a copy of this order upon the United States Attorney, such service to constitute notice to answer or otherwise plead to the complaint pursuant to Rule 4(b) and 5 of the Rules Governing Section 2255 Proceedings within twenty (20) days of the date of this Order.

IT IS SO ORDERED.

Date: 11/29/06

S. Arthur Spiegel
United States Senior District Judge