UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. CR-1-02-140-(1) |
| | : | |
| vs. | : | |
| | : | **MOTION FOR SUBSTITUTION** |
| | : | **OF COUNSEL FOR THE UNITED** |
| ROGER TATE | : | **STATES OF AMERICA** |

-------------------------------------------------------------------

Benjamin G. Dusing, Assistant U.S. Attorney, Southern District of Ohio, hereby gives notice to the Court and to Defendant that he is now lead counsel of record, and the Court should remove Amul R. Thapar as counsel of record, and requests that service of all papers filed in this action be made electronically upon him.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

*s/Benjamin G. Dusing*
BENJAMIN G. DUSING (0078572)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Benjamin.Dusing @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion for Substitution of Counsel for the United States of America* was served this 18th day of December, 2006 to Defendant by U.S. Mail.

*s/Benjamin G. Dusing*
BENJAMIN G. DUSING (0078572)