**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:02-CR-140(1)
5/16/07
DOC. 86

Sent To: ROGER TATE, SR. 03651-061
Street, Apt. No.; or PO Box No.: USP HAZELTON, P.O. BOX 2000
City, State, ZIP+4: BRUCETON MILLS, WV 26525

PS Form 3800, January 2001    See Reverse for Instructions